Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,438,084

Registered May 27, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# ASSASSIN'S CREED

UBISOFT, INC. (CALIFORNIA CORPORATION)
625 THIRD STREET, THIRD FLOOR
SAN FRANCISCO, CA 94107

  FOR: COMPUTER GAME INSTRUCTION MANUALS AND PUBLISHED GUIDES CONTAINING SUGGESTIONS ON HOW TO PLAY THE COMPUTER GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

  FIRST USE 11-30-2007; IN COMMERCE 11-30-2007.

  FOR: TOYS AND PLAYTHINGS, NAMELY, DOLLS, TOY ACTION FIGURES, PLUSH TOYS AND ACCESSORIES THEREOF, PLAYSETS FOR DOLLS AND TOY ACTION FIGURES, TOY VEHICLES, TOY MODEL HOBBY CRAFT KITS, AND HAND HELD UNITS FOR ELECTRONIC GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

  FIRST USE 11-30-2007; IN COMMERCE 11-30-2007.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  SN 78-850,968, FILED 3-31-2006.

JOHN E. MICHOS, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# ASSASSIN'S CREED

**Reg. No. 4,178,998**  
**Registered July 24, 2012**  

UBISOFT ENTERTAINMENT (FRANCE CORPORATION)  
107 AVENUE HENRI FREVILLE  
RENNES, FRANCE 35200  

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: PRINTED MATTER, NAMELY, BOOKS FEATURING WORKS OF FICTION; PRINTED MATTER, NAMELY, COMICS FEATURING WORKS OF FICTION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-2010; IN COMMERCE 2-28-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,438,083, 3,768,085 AND OTHERS.

SER. NO. 85-482,580, FILED 11-29-2011.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# ASSASSIN'S CREED

**Reg. No. 4,597,881**  
**Registered Sep. 2, 2014**  
**Int. Cl.: 14**

**TRADEMARK**  
**PRINCIPAL REGISTER**

UBISOFT ENTERTAINMENT (FRANCE CORPORATION)  
107 AVENUE HENRI FREVILLE  
RENNES, FRANCE 35200

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,438,083, 4,178,998, AND OTHERS.

SN 85-782,821, FILED 11-19-2012.

JENNIFER WILLISTON, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

# United States of America
#### United States Patent and Trademark Office

# ASSASSIN'S CREED

| | |
|---|---|
| **Reg. No. 4,682,475** | UBISOFT ENTERTAINMENT (FRANCE CORPORATION)<br>107 AVENUE HENRI FREVILLE |
| **Registered Feb. 3, 2015** | RENNES, FRANCE 35200 |
| **Int. Cl.: 18** | FOR: ALL PURPOSE CARRYING BAGS; ALL PURPOSE SPORT BAGS; BACKPACKS; GYM BAGS; KNAPSACKS; LEATHER KEY CHAINS; TOTE BAGS; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 6-30-2012; IN COMMERCE 6-30-2012. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,438,083, 4,178,998, AND OTHERS.

SN 85-810,096, FILED 12-24-2012.

JENNIFER WILLISTON, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# ASSASSIN'S CREED

**Reg. No. 4,704,227**  
**Registered Mar. 17, 2015**  
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UBISOFT ENTERTAINMENT (FRANCE CORPORATION)  
107 AVENUE HENRI FREVILLE  
RENNES, FRANCE 35200

FOR: CLOTHING, NAMELY, HEADWEAR; BELTS; BOTTOMS; COATS; JACKETS; LOUNGEWEAR; SHIRTS; SWEATERS; SWEATSHIRTS; TOPS; HATS; CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-2013; IN COMMERCE 11-30-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,438,083, 4,178,998, AND OTHERS.

SN 85-782,804, FILED 11-19-2012.

JENNIFER WILLISTON, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ASSASSIN'S CREED

**Reg. No. 5,300,715**  
**Registered Oct. 03, 2017**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

UBISOFT ENTERTAINMENT (FRANCE CORPORATION)  
107 Avenue Henri Freville  
Rennes, FRANCE 35200

CLASS 25: Costumes for use in role-playing games; costumes for use in children's dress up play; Halloween costumes; Masquerade costumes

FIRST USE 10-1-2015; IN COMMERCE 10-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4178998, 3438083, 3438084

SER. NO. 87-363,476, FILED 03-08-2017



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office